# Ignacio Hiraldo

**From:** Ignacio Hiraldo <ijhiraldo@ijhlaw.com> on behalf of Ignacio Hiraldo
**Sent:** Tuesday, May 25, 2021 9:57 AM
**To:** Tony Buzzard; Elisa Salmon
**Cc:** David M. Wilkerson; Manuel Hiraldo; Ignacio Hiraldo
**Subject:** Service of Court Documents - Beard v. John Hiester Chevrolet, LLC - 5:21-cv-00173-D
**Attachments:** Hiester - First Request for Admissions.pdf; Hiester - First Request for Production.pdf; Hiester - First Set of Interrogatories.pdf; Hiester - Plaintiff's Initial Disclosures.pdf

| Court: | United States District Court for the Eastern District of North Carolina |
|---|---|
| Case Number: | 5:21-cv-00173-D |
| Case Style: | Beard v. John Hiester Chevrolet, LLC |
| Title of each document served: | • Plaintiff's First Set of Document Requests<br>• Plaintiff's First Set of Interrogatories<br>• Plaintiff's First Set of RFAs<br>• Plaintiff's Initial Disclosures |
| Sender's Name: | Ignacio J. Hiraldo, Esq. |
| Sender's Telephone Number: | 786.496.4469 |

**Ignacio J. Hiraldo, Esq.**
1200 Brickell Ave
Suite 1950
Miami, FL 33131
t. 786-496-4469
f. 786-628-9291
ijhiraldo@ijhlaw.com
www.ijhlaw.com

1



This email message (including any attachments) is only for use by the intended recipient(s) and is presumed confidential.  It also may be subject to the attorney-client privilege or other confidentiality protections and may constitute inside information.  If you are not an intended recipient, you may not review, copy, distribute, or otherwise use this message or its contents.  If you received this message in error, please notify the sender and delete this message (including any attachments) from your system immediately.  Any unauthorized reading, copying, distribution, or other use of this message or its contents is strictly prohibited and may be unlawful.