

10-2020

12-2020

000028

