UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:21-cv-173-D

**TRACIE BEARD, Individually and on** )
    **behalf of others similarly situated,** )
    **Plaintiff** )
                                        )
**v.** )
                                        )
**John Hiester Chevrolet, LLC** )
    **Defendant** )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S NOTICE OF SUPPLEMENTAL EXHIBIT AND UPDATED TABLE OF CONTENTS TO APPENDIX

**NOW COMES** Defendant, John Hiester Chevrolet, LLC ("Hiester"), hereby providing Notice of Supplemental Exhibit and updated Appendix Table of Contents.

WHEREAS Defendant received supplement exhibit no. 12 from the affiant on March 31, 2022, one day after the filing of Defendant's Summary Judgment; and whereas such supplemental exhibit further illustrates and confirms that there is no genuine issue of material fact; Defendant hereby provides, and respectfully requests for consideration on Defendant's Motion for Summary Judgment, Appendix Exhibit No. 12 – Statement under penalty of perjury of Michael Ohman of Webbuy and the updated Table of Contents to the Appendix.

Respectfully submitted, this the 31st day of March 2022.

                                                                      By: /s/ Robert A. Buzzard
                                                                      Robert A. Buzzard
                                                                      N.C. Bar No.: 18494
                                                                      BUZZARD LAW FIRM
                                                                      728 S. Main Street
                                                                      P.O. Box 700
                                                                      Lillington, North Carolina 27546
                                                                      (910) 893-2900 Phone
                                                                      (910) 758-2457 Fax
                                                                      tbuzzard@buzzlawfirm.com

0001

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:21-cv-173-D

| | |
|---|---|
| TRACIE BEARD, Individually and on behalf of others similarly situated, Plaintiff | ) ) ) |
| v. | ) ) ) |
| John Hiester Chevrolet, LLC Defendant | ) ) |

**************************************************************************

### CERTIFICATE OF SERVICE

I certify that a copy of DEFENDANT'S NOTICE OF SUPPLEMENTAL EXHIBIT AND UPDATED TABLE OF CONTENTS TO APPENDIX was served via CM/ECF as follows:

Ignacio Javier Hiraldo
ijhiraldo@ijhlaw.com

David Matthew Wilkerson
dwilkerson@vwlawfirm.com

Manuel Hiraldo
mhiraldo@hiraldolaw.com


Respectfully submitted this 31st day of March 2022.

/s/ Robert A. Buzzard
Robert A. Buzzard
BUZZARD LAW FIRM
Counsel for Defendant
728 S. Main Street
PO Box 700
Lillington, NC 27546
(910) 893-2900 (phone)
(910) 758-2457 (fax)
tbuzzard@buzzlawfirm.com
NC State Bar No. 18494