IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF NORTH CAROLINA
WESTERN DIVISION
Civil action No. 5:21-cv-173-D

| | |
|---|---|
| **TRACIE BEARD** | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **JOHN HIESTER CHEVROLET, LLC** | ) |
|     Defendant | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## UPDATED TABLE OF CONTENTS

| | |
|---|---|
| Ex. 1 - Deposition of Tracie Beard……………………………………….. | 2-41 |
| Ex 2 – Affidavit of Bennett Johnson……………….…………………….. | 42-43 |
| Ex 3 –Voicemail from Beard (Exhibit A, Bennett Johnson affidavit)…………. | 44-45 |
| Ex 4 – Statement under penalty of Perjury of Ryan Fuller……………………… | 46-47 |
| Ex 5 – Affidavit 2 of Bennett Johnson……….…………………………………. | 48-49 |
| Ex 6 – Affidavit of Brian Jeffrey Parris……………….……………………….. | 50-52 |
| Ex 7 – Beard contact information page from online inquiry (Ex A, Parris affid)... | 53 |
| Ex 8 – "I agree" box sample (Ex. B, Parris affidavit)……………………….… | 54 |
| Ex 9 –Terms of Service, Privacy Policy, Privacy Notice. (Ex C, Parris affid)...... | 55-76 |
| Ex 10 – NC Electronic signature policy……………………………................. | 77-89 |
| Ex. 11 – Exhibits to Beard deposition………………………………………. | 90-115 |
| Ex. 12 – Statement under penalty of perjury of Michael Ohman of Webbuy…. | 116-117 |