UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:21-CV-00173-D

TRACIE BEARD, Individually and on behalf of those similarly situated,
Plaintiff.

v.

JOHN HIESTER CHEVROLET, LLC,
Defendant

**ORDER**

Before the Court is Plaintiff Tracie Beard's Motion to Defer Ruling on Defendant's Motion for Summary Judgment [D.E. 39], requesting that Plaintiff be allowed twenty-one days after the June 10, 2022, end-date for discovery to respond to Defendant's Motion for Summary Judgment. The Defendant John Hiester Chevrolet, LLC has responded that it does not oppose Plaintiff's request for an additional twenty-days to respond following the close of discovery. It is therefore ORDERED that Plaintiff shall have until 21 days following the close of the June 10, 2022 discovery deadline to respond to Defendant's Motion for Summary Judgment. The Defendant shall then have an opportunity to file any appropriate Reply.

Plaintiff further request that this Court order the Defendant to "comply with this Court's Order granting Plaintiff's motion to compel, and that the scope of any deposition that takes place is not limited to individual issues." [D.E. 39, p. 2.] The Court has reviewed the filings of both parties, and finds that Plaintiff has not complied with EDNC Local Civil Rule 7.1(c)(2), by certifying that there was a good faith effort to resolve this dispute. Because this discovery issue is not properly before the Court, Plaintiff's additional relief is DENIED without prejudice.

SO ORDERED. This 14 day of June 2022.

JAMES C. DEVER III
United States District Judge