UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TRACIE BEARD, ) <br> individually and on behalf of ) <br> all other similarly, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN HIESTER CHEVROLET, ) <br> LLC, ) <br> ) <br>     Defendant. ) <br> ) | JUDGMENT IN A CIVIL CASE <br><br> CASE NO.: 5:21-CV-173-D |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court GRANTS defendant's motion for summary judgment [D.E. 32] and DISMISSES the action. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close this case.

This Judgment Filed and Entered on November 9, 2022, with service on:

| | |
|---|---|
| David M. Wilkerson | (via CM/ECF Notice of Electronic Filing) |
| Ignacio J. Hiraldo | (via CM/ECF Notice of Electronic Filing) |
| Manuel S. Hiraldo | (via CM/ECF Notice of Electronic Filing) |
| Elisa C. Salmon | (via CM/ECF Notice of Electronic Filing) |
| Robert A. Buzzard | (via CM/ECF Notice of Electronic Filing) |

November 9, 2022          Peter A. Moore, Jr.
                                       Clerk of Court

                                   By: /s/ Stephanie Mann
                                            Deputy Clerk